IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David E. Wattel, et al., | ) | No. 02-CV-2256-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Stephen Browne, et al., | ) | |
| Defendants. | ) | |

The Court having received the Stipulation of the parties, dated April 3, 2006, and good cause appearing,

IT IS ORDERED extending the date for Defendant Browne to submit his Reply in support of his Motion to Extend Discovery Cut-off and Dispositive Motions Deadlines to and including April 13, 2006.

DATED this 4th day of April, 2006.

Paul G. Rosenblatt
United States District Judge