**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David E. Wattel, et al., | ) | No. CV 02-2256-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Stephen Browne, et al., | ) | |
| Defendants. | ) | |

Currently pending before the Court is Defendant Browne's Motion to Extend the Discovery Cut-off and Dispositive Motion Deadlines (Doc. 183). This motion was filed on March 14, 2006, but it was opposed by the Plaintiffs who filed a response in opposition on March 22, 2006. Since the Plaintiffs' response was filed, the Court has received two stipulated requests to extend the due date for Defendant Browne's reply brief. Currently, said reply brief is due to the Court on or before May 8, 2006. However, the Court finds that a decision can be rendered on the pending motion based on arguments raised in both the motion and its response.

Defendant Browne requests that this Court extend the February 13, 2006 discovery cut-off deadline in order to allow the Defendants to complete the already initiated deposition of Thomas Donnelly, a former Plaintiff in this matter and a fact witness. In addition, Defendant Browne asks that the March 14, 2006 dispositive motion deadline be extended as

well. However, the Court declines to reset either deadline as good cause has not been shown. Therefore,

IT IS ORDERED that Defendant Browne's Motion to Extend the Discovery Cut-off and Dispositive Motion Deadlines (Doc. 183) is DENIED. Per the Plaintiffs' offer, if Defendant O'Brien wishes to depose Mr. Donnelly for an additional two hours then discovery can be reopened for that limited purpose only. However, the dispositive motion deadline expired the day Defendant Browne filed the present motion and will not be extended.

IT IS FURTHER ORDERED that the parties' Joint Pretrial Statement is due to the Court on or before Friday, June 2, 2006. In addition, a Pretrial Conference is scheduled before the Court on Monday, June 12, 2006 at 2:00 p.m.

DATED this 3rd day of May, 2006.

Paul G. Rosenblatt
United States District Judge