**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David E. Wattel, et al., | ) | No. CV 02-2256-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Stephen Browne, et al., | ) | |
| Defendants. | ) | |

Currently pending before the Court is Plaintiffs' Motion to Continue Pretrial Conference (Doc. 204). The Pretrial Conference was recently scheduled by Court Order for August 8, 2006 at 10:00 a.m. However, this date poses a conflict for Plaintiffs' counsel due to a Court-ordered mediation in another case. Although the Court finds good cause for granting the Plaintiffs' motion, the Plaintiffs' counsel did not inform the Court whether he has conferred with opposing counsel regarding the continuance nor does he provide proposed dates for the Court to consider in resetting the Pretrial Conference. As such, IT IS ORDERED that the Plaintiffs' Motion to Continue the Pretrial Conference is **DENIED WITHOUT PREJUDICE.** Plaintiffs' counsel is ordered to confer with opposing counsel and refile an unopposed motion that presents this Court with proposed dates for the Pretrial Conference that present no conflicts for either side.

DATED this 20th day of July, 2006.

Paul G. Rosenblatt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Paul G. Rosenblatt
United States District Judge