**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David E. Wattel, et al., | ) | No. CV 02-2256-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Stephen Browne, et al., | ) | |
| Defendants. | ) | |

Currently pending before the Court is Plaintiffs' Motion to Strike Defendant O'Brien's Motions in Limine (Doc. 203). On July 14, 2006, Defendant O'Brien filed four motions in limine in anticipation of the upcoming Pretrial Conference scheduled in this case for Tuesday, August 8, 2006 at 10:00 a.m. However, the Plaintiffs contend that the Court should give the motions no consideration and strike them from the docket due to Defendant O'Brien's lack of compliance with this Court's Scheduling Order. The Court agrees.

The Scheduling Order governing this matter states as follows: "No motion in limine shall be filed unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter." Defendant O'Brien's counsel failed to attach such a statement to the motions nor did counsel file a separate affidavit. In addition, the Plaintiffs maintain that Defendant O'Brien's counsel never personally consulted Plaintiffs' counsel or made any efforts to resolve the issues raised in the motions in limine. Due to Defendant O'Brien's

1 failure to comply with the Court's Scheduling Order the Plaintiffs' motion is granted. Therefore,

IT IS ORDERED that Plaintiffs' Motion to Strike Defendant O'Brien's Motions in Limine (Doc. 203) is GRANTED.

IT IS FURTHER ORDERED striking Defendant O'Brien's Motion in Limine re: To Preclude Certain Opinions by Plaintiffs' Expert (Doc. 197); Motion in Limine re: Faneuil Lawsuit (Doc. 198); Motion in Limine re: Undisclosed Damages (Doc. 200); Motion in Limine re: Defendant O'Brien's Alleged Wealth (Doc. 201).

DATED this 26th day of July, 2006.

Paul G. Rosenblatt
United States District Judge