**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David E. Wattel, et al., | ) | No. CV 02-2256-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Stephen Browne, et al., | ) | |
| Defendants. | ) | |

Having considered the Joint Motion to Approve Compromise and Settlement and to Enter Permanent Bar Order (Doc. 226 ) filed on January 24, 2007, and good cause appearing therefore,

IT IS ORDERED that a hearing on said motion is set for February 5th, 2007 at 1:30 PM.

IT IS FURTHER ORDERED that the Court approves the form of Notice to Shareholders of MarketLift.com of Proposed Settlement, attached to the joint motion (Doc. 226) as Exhibit "A".

DATED this 29th day of January, 2007.

Paul G. Rosenblatt
United States District Judge