**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David E. Wattel, et al., | ) | No. CV 02-2256-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Stephen Browne, et al., | ) | |
| Defendants. | ) | |

    Per the Court's oral rulings during the Status Conference held on Monday, February 5, 2007 at 1:30 p.m.,

    IT IS ORDERED that the party's Joint Motion to Set a Hearing Date and For Approval of Form of Notice to Shareholders (Doc. 226) is GRANTED.  The hearing to approve the Compromise and Settlement and to Enter Permanent Bar Order is scheduled for **Monday, April 2, 2007 at 1:30 p.m., in Courtroom 601before the Honorable Paul G. Rosenblatt**.  The Form of Notice to Shareholders is approved and is attached to this Order. The parties' are required to send out the Notice to Marketlift.com's Shareholders on or before **February 9, 2007.**

    IT IS FURTHER ORDERED that the parties' Joint Motion to File Under Seal the Parties' Joint Motion to Approve Compromise and Settlement and to Enter Permanent Bar Order (227) is GRANTED.  The parties may file their motion under seal.

1  DATED this 6th day of February, 2007.

_____
Paul G. Rosenblatt
United States District Judge